GEORGE RODENBURG, RESPONDENT, v. CLINTON AUTO
AND GARAGE COMPANY, APPELLANT

Submitted December 8, 1913—Decided March 16, 1914.

On appeal from the Supreme Court, whose opinion is reported in 55 *Vroom* 545.

For the appellant, *Vredenburgh, Wall & Carey.*

For the respondent, *Weller & Lichtenstein.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Parker in the Supreme Court.

*For affirmance* — THE CHANCELLOR, CHIEF JUSTICE, SWAYZE, BERGEN, KALISCH, BOGERT, VREDENBURGH, CONGDON, WHITE, HEPPENHEIMER, JJ.    10.

*For reversal*—None.